UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CLAYTON COMBS, | ) |
| | ) |
| Plaintiff, | ) Case No.: 1:22-cv-00382 |
| | ) |
| v. | ) |
| | ) |
| RYAN SPECIALTY GROUP | ) |
| SERVICES, LLC | ) |
| | ) |
| Defendant. | ) |

**JOINT STIPULATION TO COMPEL ARBITRATION AND TO STAY PROCEEDING**

The Parties, by and through their respective undersigned counsel, hereby stipulate that the Parties previously entered into an enforceable Arbitration Agreement on March 8, 2017, attached hereto as Exhibit A, which requires arbitration of the instant action. As a result, the Parties further stipulate that this matter should be compelled to arbitration, and that the instant action should be stayed pending arbitration.

Dated this 24th day of February 2022.      Respectfully Submitted,

/s/ Gary Martoccio                         /s/ John L. Litchfield
Gary Martoccio                             John L. Litchfield
ARDC No. 6313431                           Patrick J. McMahon
Spielberger Law Group                      Foley & Lardner LLP
4890 W. Kennedy Blvd., Suite 950           321 North Clark Street, Suite 3000
Tampa, FL 33609                            Chicago, IL 60654
T: 800.965.1570                            T: 312.832.4500
F: 866.580.7499                            jlitchfield@foley.com
gary.martocio@spielbergerlawgroup.com      pmcmahon@foley.com
*Attorney for Plaintiff*                   *Attorneys for Defendant*

**CERTIFICATE OF SERVICE**

I, Gary Martoccio, hereby certify that on this 24th day of February 2022, I electronically filed the foregoing Joint Stipulation to Compel Arbitration and Stay Proceeding with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

John L. Litchfield
Foley & Lardner LLP
321 North Clark Street
Chicago, IL 60654
T: 312.832.4538
jlitchfield@foley.com
*Attorney for Defendant*

/s/ Gary Martoccio
Gary Martoccio