# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.4
### Eastern Division

Clayton Combs
                                                 Plaintiff,

v.                                                         Case No.: 1:22−cv−00382
                                                             Honorable Martha M. Pacold

Ryan Specialty Group Services, LLC
                                         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, February 25, 2022:

      MINUTE entry before the Honorable Martha M. Pacold: The parties have jointly stipulated that this matter should be ordered to arbitration and stayed. [4]. In light of the parties' stipulation, the parties are ordered to arbitrate and this case is stayed. The case is administratively closed. If there is a need for action by the court, any party can move to reopen the case, explaining why the case should be reopened. Civil case terminated. (rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.